# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**JOSE HERNANDEZ and PRISCILLA HERNANDEZ,**

    Plaintiffs,

v.

**CROWN EQUIPMENT CORPORATION**,

    Defendant.

Civil Action No. 7:13-CV-91 (HL)

## ORDER

The Court held a teleconference with the attorneys for the parties on November 5, 2013 during which the need to extend the discovery period was discussed. For good cause shown, the Court grants the parties' Joint Motion for the Extension of Discovery Period and Internal Deadlines (Doc. 13). No further extensions will be granted absent extenuating circumstances. The following deadlines now apply:

1. The time for discovery will end on May 5, 2014.

2. Plaintiff must disclose the identity of expert witnesses on or before February 4, 2014. The designation of an expert witness must be accompanied by a written report prepared and signed by the expert in accordance with Rule 26(a)(2)(B).

3. Defendants must disclose the identity of any expert witnesses on or before March 6, 2014. The designation of an expert witness must be accompanied by a report prepared and signed by the expert in accordance with Rule 26(a)(2)(B). If the Defendants designate an expert where the Plaintiff has not previously designated an expert, Plaintiff shall have thirty days from the designation of the Defendants' expert within which to name a rebuttal expert witness.

4. Any supplemental expert reports must be served on or before February 12, 2014.

5. All motions to join other parties or to otherwise amend the pleadings shall be filed on or before April 6, 2014.

6. All dispositive motions shall be filed on or before June 19, 2014.

7. All Daubert motions must be filed on or before June 4, 2014. The parties are reminded not to file Daubert motions as part of dispositive motions.

**SO ORDERED**, this the 5th day of November, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr