IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**JOSE HERNANDEZ and PRISCILLA HERNANDEZ,**

    Plaintiffs,

v.

**CROWN EQUIPMENT CORP.,**

    Defendant.

Civil Action No. 7:13-CV-91 (HL)

## ORDER

Before the Court is Lowe's Home Centers, Inc. c/o Sedgwick CMS's ("Lowe's") Motion to Intervene. (Doc. 18). Neither Defendant Crown Equipment Corporation nor Plaintiffs oppose Lowe's motion to intervene. The motion is granted. The Court finds that, pursuant to O.C.G.A. § 34-9-11 and Federal Rule of Civil Procedure 24, Lowe's has a right to intervene in this action to protect its subrogation lien.

**SO ORDERED**, this the 16th day of January, 2014.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

scr